Decided October 6, 1903.

PER CURIAM.—The appeal herein is hereby dismissed, each party to bear its own costs, in accordance with the stipulation on file.

*Mr. J. H. Johnston,* and *Mr. James Donovan,* for Appellant.

*Mr. M. S. Gunn,* and *Mr. Sydney Sanner,* for Respondent.

---

No. 1,797.—STATE EX REL. DONOVAN, RELATOR, *v.* DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—*Certiorari.*

Decided October 6, 1903.

PER CURIAM.—This cause is hereby dismissed in accordance with the stipulation on file.

*Mr. James Donovan, Attorney General,* for Relator.

*Mr. M. S. Gunn,* and *Mr. Sydney Sanner,* for Respondents.

---

No. 1,970.—LECK ET AL., RESPONDENTS, *v.* KEARNEY ET AL., APPELLANTS.

*Appeal from District Court, Deer Lodge County; Welling Napton, Judge.*

On motion to dismiss appeal.

Decided October 9, 1903.

Per Curiam.—The motion to dismiss the appeal herein is hereby sustained, and the appeal is accordingly dismissed.

*Mr. J. W. James,* for Appellants.

---

No. 1,952.—KLEESATTLE, Respondent, *v.* ROEHL, et al., Appellants.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

On motion to dismiss appeal.

Decided October 9, 1903.

Per Curiam.—The motion to dismiss the appeal herein is hereby sustained, and the appeal is accordingly dismissed.

*Messrs. Greene & Cockrill,* for Appellants.

*Mr. John W. Stanton,* for Respondent.

---

No. 1,912.—STATE, Respondent, *v.* LENNOX, Appellant.

*Appeal from District Court, Silver Bow County; John B. McClernan, Judge.*

On motion to dismiss appeal.

Decided October 13, 1903.